Opinion issued March
29, 2012.








 



 

 

 









 








 

     

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-11-00396-CV

____________

 

PRODUCTION INSTRUMENTS SALES AND SERVICE, INC. (D/B/A CROFT
SERVICES) NOW EMS USA, INC. AND ENERGY MAINTENANCE SERVICES GROUP I, LLC, Appellants

 

V.

 

FRANK CROFT, Appellee

 

 

 



On Appeal from the 129th District Court 

Harris County, Texas

Trial Court Cause No. 2007-16359

 

 

 



MEMORANDUM
OPINION

Appellants have filed “Appellants’
Agreed Motion to Remand” the appeal. Appellants represent that they have
reached an agreement to settle this matter and request that we set aside the
trial court’s judgment without regard to the merits and remand the case to the
trial court for rendition of judgment in accordance with the parties’
agreement.  See Tex. R. App. P. 42.1(a)(2)(B). 

Accordingly, we grant the motion, set
aside the trial court’s judgment without regard to the merits, and remand this
cause to the trial court for rendition of judgment in accordance with the
parties’ agreement.  See id.  

We dismiss any other pending motions
as moot.  The Clerk is directed to issue
the mandate within 10 days of the date of this opinion.  See Tex.
R. App. P. 18.1.        

                                                  PER CURIAM

 

Panel consists of Justices
Keyes, Bland, and Sharp.